

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2014

No. 04-13-00646-CV

Robert Ray **PEREZ**,
Appellant

v.

Arturo Zepeda **ARREDONDO**, CUSA KBC, LLC d/b/a Kerrville Bus Company,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 10-07-15670-CV
Joaquin Villarreal III, Judge Presiding

# O R D E R

Appellants' motion for extension of time to file a brief is **granted**. We order appellants' brief due **April 10, 2014**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court